UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  13-23076-MC-MORENO**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

AUDUBON CAPITAL SBIC, L.P.,

      Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE came before the Court upon the Plaintiff's Complaint **(D.E. No. 1)**, filed on **August 27, 2013**. This case stems from  an Order Appointing Receiver entered into by Judge Martin L. C. Feldman in the Eastern District of Louisiana on **August 26, 2013** in *United States of America v. Audubon Capital SBIC, L.P.*, 2:13-cv-00589 (E.D. La. August 26, 2013). In that Order, Judge Feldman appointed the United States Small Business Administration as the Receiver for Defendant.

Pursuant to 28 U.S.C. § 754, Receivers with properties in different districts shall "within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located." 28 U.S.C. § 754. The Receiver filed a copy of the Complaint and the Order appointing it as receiver on **August 27, 2013**. The receiver has satisfied the requirements under 28 U.S.C. § 754. By satisfying these requirements, the receiver is entitled to obtain "complete jurisdiction and control of property" located in this district. *See SEC v. Elliott*, 953 F.2d 1560, 1566-67 (11th Cir. 1992); *SEC v. Nadel*, 2013 WL 2291871 at *1 (M.D. Fla. May 24, 2013).

THE COURT has considered the Complaint and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Clerk of Court is directed to close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this _7_ day of January, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record